AND NOW, this 17th day of December, 2012, the order of the Commonwealth Court is AFFIRMED.

Paul SATTERFIELD, Appellant

v.

PA DEPT. OF CORRECTIONS and John E. Wetzel, Appellees.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of December, 2012, the order of the Commonwealth Court is hereby AFFIRMED.

Craig ALFORD, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 17, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2012, the Order of the Commonwealth Court is **AFFIRMED.**